# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WESLEY RICKS

NO. 2024 KW 0035

**MARCH 13, 2024**

---

In Re:    Wesley Ricks, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 16259.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT APPLICATION DISMISSED.**    The writ application is dismissed at relator's request.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT